PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Dawn R. Hightree

Crim. No. 8:18CR276

On March 31, 2017 the above named was placed on supervised release for a period of 6 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Karen D. Bucksbee* (signature)

Karen Bucksbee

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8th day of February, 20 22.

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.

*Chief United States District Judge*